IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| DAVID WHALEN, GREGORY TURNER, GREG MORGAN and ATC1 through ATC50, | |
| Plaintiff, | |
| v. | No. 07-707C (Judge Lettow) |
| THE UNITED STATES, | |
| Defendant. | |

**NOTICE OF APPEARANCE**

To the Clerk:

Please enter the appearance of William P. Rayel, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

WILLIAM P. RAYEL
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, N.W., Room 12100
Washington, D.C. 20530

Attention: Classification Unit
8th Floor

s/William P. Rayel
William P. Rayel
Trial Attorney
Commercial Litigation Branch
Civil Division
TEL: (202) 616-0302
FAX: (202) 307-0972
Email: William.Rayel@usdoj.gov

Dated: October 17, 2007

**CERTIFICATE OF FILING**

I hereby certify that on this 17th day of October, 2007, a copy of the foregoing NOTICE OF APPEARANCE was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/William P. Rayel