IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DAVID WHALEN, GREGORY TURNER, GREG MORGAN and ATC1 through ATC50,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant | ) | No. 07-707C<br>(Judge Lettow) |

PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME TO REPLY TO DEFENDANT'S MOTION TO DISMISS THE COMPLAINT IN PART AND MOTION FOR A MORE DEFINITE STATEMENT

Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), Plaintiff's request an Enlargement of Time to reply to "Defendant's Motion to Dismiss the Complaint in Part and Motion for a More Definite Statement." Plaintiff's request an additional **45 days**, to answer Defendant's Motion, at which time Plaintiff's response would be due on **February 16, 2008**. Plaintiffs have not previously asked for an enlargement of time in this action.

Plaintiffs base this request for an Enlargement of Time upon Defendant's Motion to Dismiss wherein Defendant Counsel stated, "Mr. Whalen should not be allowed to be a plaintiff in duplicative actions, therefore, he should be dismissed from this suit."

MOTION TO DISMISS

At the time of filing Plaintiff's counsel was unaware of *Abbey v. United States*, Fed. Cl. No. 07-272C (filed May 5, 2007). *Id*. More specifically, Plaintiff Counsel was

unaware and had not been informed whether (1) Whalen was a named plaintiff in that action and (2) there appeared to be like or similar claims raised with Mr. Whalen's involvement in both this and the *Abby* action. *Effingham County Bd. of Education v. United States,* 9 Cl. Ct. 177, 179-180 (1985) As such, because Plaintiffs were unaware of Mr. Whalen's alleged involvement, Plaintiffs request an Enlargement of Time to more fully investigate the Government claims regarding this matter and then to determine the appropriate course of action.

THIS MOTION IS UNOPPOSED

Pursuant to the rules, Plaintiff's Counsel has notified Defendant Counsel of this request for an Enlargement of Time until February 16, 2008. Defendant counsel replied stating, "We do not oppose your 45-day enlargement." Therefore, the Court should grant Plaintiff's motion for an enlargement of time to and including February 16, 2008 for the reasons provided herein.

Respectfully Submitted

s/Jeffrey D. Moffatt

Jeff Moffatt, Esq.
43625 N Sierra Hwy, Suite A
Lancaster, CA 93534
661 9456121
Fax 661 9453019
Jeffreymbajd@hotmail.com

I hereby certify that on December 27, 2007 a copy of the foregoing motion PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME TO REPLY TO DEFENDANT'S MOTION TO DISMISS THE COMPLAINT IN PART AND MOTION FOR A MORE DEFINITE STATEMENT was filed electronically. I understand that

notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Jeffrey D. Moffatt