IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 07-707C

(Filed: January 2, 2008)

| | |
|---|---|
| DAVID WHALEN, GREGORY TURNER, GREG MORGAN and ATC1 through ATC50, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant | ) |

ORDER

Pending before the court is Plaintiff's Motion for Enlargement of Time to Reply to "Defendant's Motion to Dismiss the Complaint in Part and Motion for a More Definite Statement." The unopposed motion for the extension, filed on December 27, 2007, requests an enlargement of 45 days, to and including February 16, 2008.

Good cause having been established, plaintiff's motion is GRANTED. Plaintiff shall file its response to defendant's motions on or before February 16, 2008.

It is so ORDERED.

s/ Charles F. Lettow
Judge