IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 07-707C

(Filed: March 31, 2008)

DAVID WHALEN, *et al.*

Plaintiffs,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court is Defendant's Motion to Amend Opinion and Order, filed March 26, 2008. The government's motion relates to an opinion and order issued by the court on March 12, 2008, reported as *Whalen v. United States*, __ Fed. Cl. __, 2008 WL 715465 (2008). The motion requests that the court amend that decision "to provide that the [g]overnment be served with redacted versions of any allegations and evidence plaintiffs provide with regard to their fears of retaliation and allow that the [g]overnment be allowed to respond within 14 days of service." Def.'s Mot. at 1. The motion is premised on the facts that the court addressed plaintiffs' having named plaintiffs by anonymous means and that the court, among other things, requested that plaintiffs provide names of such anonymously named plaintiffs and consent forms executed by such plaintiffs to join the suit, both under seal, as well as "proper allegations of cause to maintain anonymity of certain plaintiffs' names." *Id*. at *8. The government contends that the court did not specify whether plaintiffs would be required to serve their allegations of cause and supporting evidence upon the government. Def.'s Mot. at 1.

Defendant's motion is DENIED. As the government observes, the court's decision specified that plaintiffs who sought to remain anonymous, at least for a time at the outset of the proceedings, might submit their names and consents under seal. However, the opinion carefully avoided any suggestion that the showing of cause to maintain anonymity could also be made under seal. Any such showing of cause thus must be served and filed in the ordinary manner as specified in the court's rules, and the government will have a full and fair opportunity to respond to any such showing, also as specified in the court's rules.

It is so ORDERED.

s/ Charles F. Lettow
Judge