**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **DAVID WHALEN, *et al*,** | ) | |
| **Plaintiff,** | ) | **07-707C** |
| **vs.** | ) | **(Judge Lettow)** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**PLAINTIFF'S NOTICE OF ELECTION**

This Court, in its March 12, 2008, order provided Mr. Whalen with an opportunity to remain as a plaintiff in this action because "He should not be able to pursue two different actions on the same claim in this court." Order at 2. Therefore, Mr. Whalen through his attorney hereby notices the Court of his election to remain a plaintiff in this action and not the other. (See attached declaration).

Respectfully submitted,

/s Jeffery D. Moffit, Attorney for Plaintiffs

Dated, April 8, 2008

Jeff Moffatt, Esq.
43625 N Sierra Hwy, Suite A
Lancaster, CA 93534
661 9456121
Fax 661 9453019
Jeffreymbajd@hotmail.com

I hereby certify that on February 15, 2008 a copy of the foregoing Plaintiff's "NOTICE OF ELECTION" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. s/Jeffrey D. Moffatt

# DECLARATION OF DAVID P. WHALEN

I David P. Whalen declare under penalty of perjury that the foregoing is true and correct.

I elect to remain a plaintiff in *David Whalen, et al* v. *The United States*, Docket No 07-707C in the United States Court of Federal Claims.

Executed on April 7, 2008

David P. Whalen