# CONSENT TO BE A CLAIMANT UNDER THE FAIR LABOR STANDARDS ACT ("FLSA") AND CONTINGENT FEE AGREEMENT

I have been an employee in with the Federal Aviation Administration of the United States Government. I consent to be a plaintiff in a lawsuit brought on my behalf and on behalf of other persons against the United States asserting my rights under the Fair Labor Standards Act. My claims included but are not limited to the failure of the United States to pay me overtime compensation because I have been treated incorrectly as being exempt from the FLSA coverage or otherwise not paid in accordance with Title of the United States Code. Any of the plaintiff in the lawsuit, jointly or severally, may service as my representative.

I authorize the Law Office of Jeffrey Moffatt ("the Firm"), to represent me concerning my claims, including seeking back wages, liquated damages, interest, attorney's fees and const. The Firm (acting through Jeff Moffatt and other attorney's or staff authorized by Attorney Moffatt, including, at their discretion) may file this consent in court and take all necessary actions including the settlement and collection of any and all of my claims.

In consideration of the Firm's services, I agree that it shall received 33% (thirty three percent) of my recovery as a legal fee in addition to whatever statutory fees and costs they may be able to recover. I further agree, authorized and direct that any checks issued by the United States to me in connection with my claims shall be paid to the Firm as trustee on my behalf. After attorney's fees are deducted there from the balances shall be forwarded to me by the Firm. In the complaint and/or claims brought on my behalf result in no recovery, I will have no obligation to pay attorney's fees.

I understand that under Section 15(a) (3) of FLSA I cannot be discharged, disciplined or otherwise penalized by my employer because of my having filed a FLSA lawsuit and/or claim.

PLEASE TYPE OR PRINT CLEARLY

AGREED:

Name: GREGORY TURNER

Address: 14572 CHOCO RD

APPLE VALLEY CA 92307

Home Tel. No: 760-946-2057

Work Tel. No: 661-258-6300

Home E-mail Address: GMTURNER@CHARTER.NET

Indicate the time that you worked for the FAA, High Desert Tracon (month/year

From OCT 91 To PRESENT

Signature: [signature] Date: 9-28-07

AGREED:

Signature: [signature] Date: 9-28-07

Jeffery Moffatt
Law Office of Jeffrey Moffatt
43625 Nth Sierra Highway, Suite A
Lancaster, California, 93534
(661) 945-6121
7702 East Double Tree Ranch Road
Route 300-05
Scottsdale, AZ 85258