IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **DAVID WHALEN, GREGORY TURNER, GREG MORGAN and ATC1 through ATC50.** | ) | |
| **Plaintiff,** | ) | **No. 07-707C (Judge Lettow)** |
| **v.** | ) | |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**JEFF MOFFATT'S MEMORANDUM IN SUPPORT OF MOTION TO WITHDRAW AS ATTORNEY IN CHARGE**

Mr. Jeff Moffatt, Esq, asks this court to allow him to withdraw as attorney in charge for Plaintiffs David Whalen, Gregory Turner, Greg Morgan and ATC1 through ATC50.

1. Plaintiffs are David Whalen, Gregory Turner, Greg Morgan and ATC1 through ATC30; defendant is The United States.

2. Plaintiffs sued defendant for back pay and other relief under the Fair Labor Standards Act.

3. There is good cause for this court to grant the motion to withdraw because Plaintiffs wish to retain attorneys experienced in labor law class action litigation to pursue their claims.

4. R. Rex Parris, Alexander Wheeler, Jason Fowler and Laureen Bagley will be substituted as the attorneys in charge for Plaintiffs David Whalen, Gregory Turner, Greg Morgan and ATC1 through ATC30. Their State Bar Numbers, office address, telephone number and fax numbers are as follows:

R. Rex Parris
California State Bar No. 96567
R. Rex Parris Law Firm
42220 10th Street West, Suite 109
Lancaster, CA 93534
Telephone: (661)949-2595
Fax: (661)949-7524

Alexander R. Wheeler
California State Bar No. 239541
R. Rex Parris Law Firm
42220 10th Street West, Suite 109
Lancaster, CA 93534
Telephone: (661)949-2595
Fax: (661)949-7524

Jason P. Fowler
California State Bar No. 239426
R. Rex Parris Law Firm
42220 10th Street West, Suite 109
Lancaster, CA 93534
Telephone: (661)949-2595
Fax: (661)949-7524

Laureen Bagley
Texas State Bar No. 24010522
Sloan, Bagley, Hatcher & Perry Law Firm
101 East Whaley Street
P.O. Drawer 2909
Longview, TX 75601
Telephone: (903)757-7000
Fax: (903) 757-7574

5. Plaintiffs approve the substitution. The withdrawal and substitution will not delay these proceedings.

6. For these reasons, R. Rex Parris, Jason P. Fowler and Laureen Bagley asks this court to grant their motion to withdraw and substitute as attorney in charge for Plaintiffs.

Respectfully submitted,

THE LAW OFFICES OF JEFFREY D. MOFFATT

By: ______________________ 4-22-08
Jeffrey D. Moffatt
43625 N. Sierra Hwy., Suite A.
Lancaster, CA 93534
Telephone: (661) 945-6121

AND

SLOAN, BAGLEY, HATCHER & PERRY LAW FIRM

By: ______________________
Laureen F. Bagley
Texas Bar No. 24010522
101 East Whaley Street
P.O. Drawer 2909
Longview, Texas 75606
Telephone: (903) 757-7000
Facsimile: (903) 757-7574

R. REX PARRIS LAW FIRM

By: ______________________
R. Rex Parris
42220 10th Street West, Suite 109
Lancaster, CA 93534
Telephone: (661) 949-2595
Fax: (661) 949-7524

R. REX PARRIS LAW FIRM

6. For these reasons, R. Rex Parris, Jason P. Fowler and Laureen Bagley asks this court to grant their motion to withdraw and substitute as attorney in charge for Plaintiffs.

Respectfully submitted,

THE LAW OFFICES OF JEFFREY D. MOFFATT

By: 4-22-08
Jeffrey D. Moffatt
43625 N. Sierra Hwy., Suite A.
Lancaster, CA 93534
Telephone: (661) 945-6121

AND

SLOAN, BAGLEY, HATCHER & PERRY LAW FIRM

By:
Laureen F. Bagley
Texas Bar No. 24010522
101 East Whaley Street
P.O. Drawer 2909
Longview, Texas 75606
Telephone: (903) 757-7000
Facsimile: (903) 757-7574

R. REX PARRIS LAW FIRM

By:
R. Rex Parris
42220 10th Street West, Suite 109
Lancaster, CA 93534
Telephone: (661) 949-2595
Fax: (661) 949-7524

R. REX PARRIS LAW FIRM

By: ______________________

Alexander R. Wheeler
California State Bar No. 239541
42220 10th Street West, Suite 109
Lancaster, CA 93534
Telephone: (661)949-2595
Fax: (661)949-7524

R. REX PARRIS LAW FIRM

By: ______________________

Jason P. Fowler
California State Bar No. 239426
42220 10th Street West, Suite 109
Lancaster, CA 93534
Telephone: (661)949-2595
Fax: (661)949-7524

CERTIFICATE OF SERVICE

I certify that I mailed a copy of the foregoing by certified mail, return receipt requested to attorney for Defendants, William P. Rayel, Commercial Litigation Branch, Civil Division, Department of Justice, Attn: Classification Unit, 8th Floor, 1100 L. Street, N.W., Washington, D.C. 20530, on this the _____ day of May 2008.

______________________________

CERTIFICATE OF CONFERENCE

By my signature below I certify that prior to filing this motion Plaintiffs' counsel attempted to confer with counsel for Defendant, William P. Rayel, by telephone. Plaintiffs' counsel did not receive a return telephone call.

THE LAW OFFICES OF JEFFREY D. MOFFATT

______________________________

Jeffrey D. Moffatt
California State Bar No.: 101118
43625 N. Sierra Hwy., Suite A.
Lancaster, CA 93534
Telephone: (661) 945-6121

**DECLARATION OF JEFF MOFFATT**

I, Jeff Moffat declare:

1. I have personal knowledge of the facts contained in this declaration as well as the facts contained in my **"MEMORANDUM IN SUPPORT OF MOTION TO WITHDRAW AS ATTORNEY IN CHARGE"** filed by me in the UNITED STATES COURT OF FEDERAL CLAIMS and those facts stated therein being true, if called as a witness I am competent to testify thereto;
2. That all Plaintiffs in this action have consented to my withdraw as attorney in charge;
3. That all Plaintiffs in this action have consented to substitute with the named attorney's attorney as more fully provided in my motion;
4. That I make this motion in consideration of the best interest of the Plaintiffs.

I certify under penalty of perjury that the foregoing is true and correct under the laws of the United States, 28 U.S.C. § 1746.

Executed on April 22, 2008, at Lancaster, California 93536

4-22-08

Jeff Moffatt,
Declarant

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **DAVID WHALEN, GREGORY TURNER, GREG MORGAN and ATC1 through ATC50.** | ) | |
| **Plaintiff,** | ) | **No. 07-707C** **(Judge Lettow)** |
| **v.** | ) | |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

ORDER ALLOWING WITHDRAWAL AND SUBSTITUTION OF COUNSEL

ON THIS DAY came on to be considered the motion of Jeff Moffatt, for an Order allowing his withdrawal as Attorney for Plaintiffs, and substitution of counsel for Plaintiffs, and the Court having considered the same and being fully advised, accordingly grants such motion; and

It is accordingly ORDERED, ADJUDGED AND DECREED that JEFF MOFFATT be permitted to withdraw as counsel for the Plaintiffs herein, and that R. REX PARRIS, ALEXANDER WHEELER AND JASON FOWLER and the firm of R. REX PARRIS LAW FIRM and LAUREEN BAGLEY and the firm of SLOAN, BAGLEY, HATCHER & PERRY be and are hereby substituted as attorneys for Plaintiffs in the above styled and numbered cause.

SIGNED this ____ day of ____________________, 2008.

______________________________
JUDGE PRESIDING