## CERTIFICATE OF FILING

I hereby certify that on May 14, 2008, a copy of the foregoing "JEFF MOFFATT'S MOTION TO WITHDRAW AS ATTORNEY IN CHARGE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's System.

/s Jeffrey D. Moffatt

## CERTIFICATE OF CONFERENCE

By my signature below I certify that prior to filing this motion Plaintiffs' counsel attempted to confer with counsel for Defendant, William P. Rayel, by telephone. Plaintiffs' counsel did not receive a return telephone call.

THE LAW OFFICES OF JEFFREY D. MOFFATT

/s Jeffrey D. Moffatt

Jeffrey D. Moffatt
California State Bar No.: 101118
43625 N. Sierra Hwy., Suite A.
Lancaster, CA 93534
Telephone: (661) 945-6121