IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 07-707C

(Filed: May 29, 2008)

| | |
|---|---|
| DAVID WHALEN, *et al.* | ) |
| Plaintiffs, | ) |
| v. | ) |
| UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Pending before the court is plaintiff's motion to substitute counsel of record, filed May 14, 2008.

Defendant's motion is GRANTED. The clerk shall substitute R. Rex Parris for Jeff Moffatt as counsel of record for plaintiff.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge