IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 07-707C

(Filed: May 30, 2008)

| | |
|---|---|
| DAVID WHALEN, *et al.* | ) |
| Plaintiffs, | ) |
| v. | ) |
| UNITED STATES, | ) |
| Defendant. | ) |

ORDER

In a decision rendered on March 12, 2008, the court addressed plaintiffs' use of anonymous names for those plaintiffs designated as ATC1 through ATC50. *See Whalen v. United States*, 80 Fed. Cl. 685, 690-93 (2008). The court concluded that plaintiffs had not substantiated cause to maintain the anonymity of these designated plaintiffs' names but allowed plaintiffs to provide an evidentiary basis for such treatment so long as they did so within thirty days after the decision was rendered. *Id*. at 693. Within that time, the court also required plaintiffs to provide the actual names of the anonymously designated plaintiffs and their written consents to join in the suit, allowing these submissions to be made under seal. *Id*.

Plaintiffs have not complied. Several months have passed since the court's decision was rendered, but plaintiffs have neither supplied the actual names of the anonymously designated plaintiffs nor their consents to join the suit, and they have not made any evidentiary showing of cause to maintain the anonymity of any plaintiffs. Accordingly, as foreshadowed by the court's earlier decision, "[T]he action will be dismissed as to . . . anonymous plaintiffs [ATC1 through ATC50]." *Whalen*, 80 Fed. Cl. 693.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge