IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DAVID WHALEN, et. al., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-707 |
| | ) | (Judge Lettow) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT MOTION FOR ENLAGEMENT OF TIME**

Pursuant to Rule 6.1 of the Rules of this Court ("RCFC"), the parties respectfully request a 14-day enlargement of time within which to file the joint proposed status report. Currently, the joint proposed status report is due on June 23, 2008. The extension would bring the due date to July 7, 2008. This is the parties' first request for an enlargement of time for this purpose.

This 14-day enlargement of time is necessitated by the fact that plaintiffs' counsel substituted into the case on May 30, 2008, and needs additional time to gather information necessary to identify the relevant factual and legal issues of the case and set forth a discovery plan. See RCFC App. A ¶ 4. Additionally, defendant's counsel was assigned a new bid protest on June 16, 2008, Weston Solutions, Inc. v. United States, Fed. Cl. No. 08-444C, and will likely have objections to supplementation of the administrative record due on June 24, 2008 in another bid protest, RKR Joint Venture, LLC v. United States, Fed. Cl. No. 08-62C.

For these reasons, the parties respectfully request that the Court grant the parties' joint motion for a 14-day enlargement of time within which to file the joint proposed status report.

Respectfully submitted,

By:
s/ Alexander R. Wheeler
ALEXANDER R. WHEELER
R. Rex Parris Law Firm
42220 10th St. West, Suite 109
Lancaster, CA 93534
Tele: (661) 949-2595
Fax: (661) 949-7524
Attorneys for Plaintiffs

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Todd M. Hughes
TODD M. HUGHES
Deputy Director

s/ William P. Rayel
WILLIAM P. RAYEL
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L St., NW
Washington, DC 20005
Tele: (202) 616-0302
Fax: (202) 307-0972

Attorneys for Defendant

Dated: June 19, 2008