IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 07-707C

(Filed: June 20, 2008)

DAVID WHALEN, *et al.*

Plaintiffs,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court is the parties' joint motion for a fourteen-day enlargement of time within which to file the joint preliminary status report, currently due on June 23, 2008.

Good cause having been shown, the parties' motion is GRANTED. The joint preliminary status report shall be due on July 7, 2008.

It is so ORDERED.

s/ Charles F. Lettow
Judge