IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 07-707C

(Filed: July 16, 2008)

DAVID WHALEN, *et al.* )
Plaintiffs, )
v. )
UNITED STATES, )
Defendant. )

SCHEDULING ORDER

Pending before the court is the parties' joint preliminary status report, filed on July 7, 2008. In the report, the parties propose a schedule for discovery and pre-trial motions. With minor modifications, the court adopts that schedule, as follows:

| Event | Deadline |
|---|---|
| Parties' exchange of initial disclosures | September 1, 2008 |
| Plaintiffs' motion proposing notice to persons who may be eligible to become plaintiffs in this collective action | September 12, 2008 |
| Parties' disclosure of experts and exchange of expert reports | April 1, 2009 |
| Completion of discovery | April 30, 2009 |
| Parties' submission of dispositive motions | May 22, 2009 |

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge