IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DAVID WHALEN, et. al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 07-707 |
| | ) | (Judge Lettow) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR A PROTECTIVE ORDER

Pursuant to Rule 26(c) of the Rules of the United States Court of Federal Claims, defendant hereby moves for a protective order to enable defendant to produce records protected from disclosure pursuant to the Privacy Act, 5 U.S.C. § 552a. In its initial disclosures, defendant identified documents protected from disclosure by the Privacy Act. In order to produce such documents to plaintiffs' counsel or later submit them to the Court, the Government requires a court order. See 5 U.S.C. § 552a(b)(11). Plaintiffs' counsel has represented that plaintiffs do not oppose this motion.

For these reasons, defendant respectfully requests that the Court issue the proposed protective order attached to this motion.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Todd M. Hughes

TODD M. HUGHES
Deputy Director

/s/ William P. Rayel

Eden Brown Gaines
Michael Doherty
Julia Rhodes
Federal Aviation Administration
Office of Chief Counsel, AGC-30
600 Independence Ave., SW
Suite 1E-100
Washington, DC 20591

WILLIAM P. RAYEL
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 616-0302
Facsimile: (202) 307-0972

September 10, 2008

Attorneys for Defendant