**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **DAVID WHALEN, GREGORY TURNER, Individually and on Behalf of others Similarly Situated** | |
| **Plaintiffs,** | |
| **v.** | **No. 07-707C** |
| | **(Judge Lettow)** |
| **THE UNITED STATES,** | |
| **Defendant.** | |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR CONDITIONAL CERTIFICATION AND NOTICE TO PUTATIVE COLLECTIVE ACTION MEMBERS**

Before the Court is Plaintiffs' Motion for Conditional Certification and Notice to the Putative Collective Action Members. Plaintiffs seek an order that Plaintiffs' FLSA claims against the United States proceed as a conditional collective action under Section 16(b) of the Fair Labor Standards Act (FLSA), 29 U.S.C. § 216(b), on behalf of themselves and all other current and former Federal Aviation Administration (FAA) High Desert TRACON Air Traffic Control Specialists (ATCS) that worked at Edwards Air Force Base.

IT IS HEREBY ORDERED AS FOLLOWS:

1. The Court hereby orders that Plaintiffs' FLSA claims in this case shall proceed as a conditional collective action under Section 16(b), on behalf of themselves and all other current and former FAA High Desert TRACON ATCS that work, or have worked at, Edwards Air Force Base over the past three (3) years.

2. The language of the proposed FLSA Notice and Consent forms (attached hereto as Exhibits E through H) are approved as fair and accurate.

3. The parties shall agree upon a Notice Administrator within 30 days of the date of this Order.

4. Within 30 days of the date of this Order, Defendant shall produce to Plaintiffs' counsel a machine-readable list of all of the names and addresses of all persons described in paragraph one (1) of this Order, so that notice may be timely accomplished. Defendant shall also produce to Plaintiffs' counsel and the Notice administrator within 14 days of any request by Plaintiffs' counsel all telephone numbers Defendant may have for any person described in paragraph one (1) of this Order whose FLSA Notice is returned by the Post Office as undeliverable. Use and possession of the information provided by Defendant pursuant to this paragraph shall be limited to Plaintiffs' counsel and the Notice Administrator, who may use the information solely for the purpose of providing notice of this action to persons entitled to file Consent forms pursuant to paragraph one (1) of this Order.

5. The Notice Administrator shall mail the proposed FLSA Notice and Consent forms to all persons described in paragraph one (1) of this Order as soon as practicable and in no event later than 30 days after receiving the mailing list described in paragraph 4 of this Order.

6. Within 14 days of the date of this Order, Defendant shall post the proposed FLSA Notice in the putative collective action members' Edwards AFB workplace, along with multiple copies of the Consent form, in a place visible and accessible to all persons described in paragraph one (1) of this Order. Defendant shall not transmit any communication to the persons described in paragraph one (1) that undermines the FLSA Notice or attempts to discourage participation in the collective action.

7. Consent and Opt-in forms must be received and filed/date stamped by the Court no later than (90) days after the date of mailing of the notices by the Notice Administrator.

**IT IS SO ORDERED.**

Dated: ______________________ ________________________________________

THE HONORABLE CHARLES F. LETTOW
Judge, United States Court of Federal Claims