## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| **DAVID WHALEN, GREGORY TURNER,** | ) |
| | ) |
| **and** | ) |
| | ) |
| **JOSEPH G. BLANCO,** | ) |
| | ) |
| **DONNESHA BROOKS,** | ) |
| | ) |
| **JOHN E. BURNS,** | ) |
| | ) |
| **PHILLIP DELGADO,** | ) |
| | ) |
| **DENNIS A. HAMBRICK,** | ) |
| | ) |
| **GARRY L. IVERSEN,** | ) |
| | ) |
| **STEVEN S. LANDON,** | ) |
| | ) |
| **ROBERT A. LONG,** | ) |
| | ) |
| **JOEL ORTIZ,** | ) |
| | ) |
| **DAVID SCHMIDT,** | ) |
| | ) |
| **LAWRENCE J. SHINAR,** | ) |
| | ) |
| **FRITZ SPERLING,** | ) |
| | ) |
| **MICHAEL J. ZAGAR,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| **v.** | )    **No. 07-707C** |
| | )    **(Judge Lettow)** |
| **THE UNITED STATES,** | ) |
| | ) |
| **Defendant.** | ) |
| —————————————————————— | ) |

**Second Amended Complaint**

## SECOND AMENDED COMPLAINT

Plaintiffs, by their undersigned attorney, complain of the Defendant and state as follows:

1.      This case seeks back pay and other relief against the United States founded upon the Fair Labor Standards Act (hereafter, the "FLSA").

2.      Jurisdiction and venue are properly grounded in this Court under the Tucker Act, 28 U.S.C. § 1491(a)(1).

3.      Plaintiffs are and have been employed by Defendants as Air Traffic Controllers (hereafter, "ATC").  Plaintiffs file this action as a "John Doe" complaint because numerous ATC's fear retaliation if they prosecute an action seeking compensation to which they are lawfully entitled.

4.      Plaintiffs have been employed as Air Traffic Controllers at all times relevant herein for the Federal Aviation Administration's (herein after "FAA"), High Desert TRACON, Edwards Air Force Base, California.

5.      Plaintiffs hereby consent to sue for violations of the FLSA, pursuant to 29 U.S.C. § 216(b).  Such written consents are attached to this complaint as Exhibit "A." These written consent forms set forth each plaintiff's name and home address.

6.      Plaintiffs are informed and believe that Air Traffic Controllers, including Plaintiffs, were acting under the control and direction of the FAA, a department or administration (public agency) of Defendant from April 1, 1996 to present.  Plaintiffs further allege that the information relevant to the allegation in this paragraph are largely in the exclusive hands of Defendant, and Plaintiffs need further discovery to determine the precise employment status and assignment of Air Traffic Controllers at various time since April 1, 1996.

7.    At all times relevant hereto, Defendant has required Plaintiffs and all other Air Traffic Controllers to work substantially in excess of 40 hours per week during most weeks of their employment, for which Plaintiffs and other Air Traffic Controllers have not been compensated as required by law.

8.    Defendant has knowingly suffered Plaintiffs and other Air Traffic Controllers to work substantially more than 40 hours per week during most weeks of their employment, for which Plaintiffs and other Air Traffic Controllers have not been compensated as required by law.

9.    In addition to all scheduled hours, 40 during a week, the Defendant has ordered, obligated and/or required Plaintiffs and other Air Traffic Controllers to perform administrative, exercise, medical, inspection and other duties which have been reasonably known, anticipated, ordered and required by Defendant at the time of making work schedules for Plaintiffs and other Air Traffic Controllers.  However, Defendant failed to include time known by Defendant to be necessary to perform such duties in the scheduled workweeks of the Plaintiffs and other Air Traffic Controllers.  Plaintiffs and other Air Traffic Controllers have performed such work and Defendant has suffered and/or permitted such work to have been performed during weeks in which Plaintiffs and class members have otherwise been scheduled to work and have worked more than 40 hours in such weeks, but Defendant has failed to pay compensation as required by law for such time in excess of 40 hours actually worked by Plaintiffs and other Air Traffic Controllers.

10.    Plaintiffs and other Air Traffic Controllers are under the Defendant's direction and control from the time that they arrive on the premises until the time they leave the premises, and during all such times, Plaintiffs and other Air Traffic Controllers

are performing work for and are acting at the order and direction of Defendant. Such work has been reasonably known, anticipated, ordered, obligated and/or required by the Defendant at the time of making work schedules for Plaintiffs and class members, but the Defendant has knowingly and intentionally failed to include in the scheduled work weeks of the Plaintiffs and other Air Traffic Controllers all the time necessary to perform such work being performed by Plaintiffs and other Air Traffic Controllers on the premises where Plaintiffs and other Air Traffic Controllers have been assigned to work. Plaintiffs and other Air Traffic Controllers have performed such work during weeks in which Plaintiffs and class members have otherwise been scheduled to work and have worked more than 40 hours, and Defendant has suffered such work (in excess of forty hours) to be done, but Defendant has failed to pay compensation to Plaintiffs and other Air Traffic Controllers as required by law for such time actually worked by them.

11.    In addition to all hours for which Plaintiffs and other Air Traffic Controllers have been scheduled to work and in addition to all of the above-described hours for which Plaintiffs and class members were ordered to perform work and work on the premises, Plaintiffs and other Air Traffic Controllers are and have been generally and reasonably accessible to perform unscheduled duty for more than 3 hours per week in connection with unanticipated and unscheduled delays.

12.    Air Traffic Controllers have worked well in excess of 40 hours per week during many weeks in the relevant time period.

## COUNT I

13.    Plaintiffs reallege and incorporate by reference the foregoing paragraphs 1 to 12 as paragraph 13 of Count I.

14.    The claim in this Count I is for back pay, liquidated damages and other relief for Defendant's violations of the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201 *et seq.* (the "FLSA").

15.    The claim in this Count 1 is brought by the named Plaintiffs as a collective action on behalf of themselves and on behalf of all persons who are and/or were employed by Defendant as Air Traffic Controllers at any time within the applicable statute of limitations and who consent to participate in this action by filing a written consent with this Court pursuant to 29 U.S.C. § 216(b).

16.    The claim in this Count I should be allowed to be maintained as a collective action in that:  (1) there are questions of law or fact common to other Air Traffic Controllers who might consent to participate; (2) the claims of the named Plaintiffs are typical of the claims of other Air Traffic Controllers who might consent to participate; and (3) the named Plaintiffs will fairly and adequately protect the interests of other Air Traffic Controllers who might consent to participate.  In addition, the prosecution of separate actions by individual Air Traffic Controllers would create a risk of inconsistent or varying adjunctions with respect to Air Traffic Controllers which would establish incompatible standards of conduct for Defendant; the Defendant has acted on grounds generally applicable to all Air Traffic Controllers, thereby making appropriate final injunctive relief or corresponding declaratory relief with respect to all Air Traffic Controllers; the questions of law and fact common to all Air Traffic Controllers predominate over any questions affected only individuals; and a collective action is superior to other available methods for the fair and efficient adjudication of the controversy herein.

17.     At all times relevant hereto, Defendant has been an "employer" of Plaintiffs and all other Air Traffic Controllers within the meaning of the FLSA, 29 U.S.C. § 203.

18.     At all times relevant hereto, Plaintiffs and all other Air Traffic Controllers have been "employees" of Defendant within the meaning of the FLSA, 29 U.S.C. § 203.

19.     During numerous weeks during the period relevant hereto, Plaintiffs and all other Air Traffic Controllers have worked more than 40 hours during such weeks; Defendant has allowed, suffered and/or permitted Plaintiffs and other Air Traffic Controllers to work in excess of 40 hours during such weeks; but Defendant has not paid the overtime premium required by the FLSA for such hours worked in excess of 40 hours during such weeks.

20.     For compensation for all weeks during which Plaintiffs and other Air Traffic Controllers were employed by Defendant as Air Traffic Controllers, Defendant has paid Plaintiffs and other Air Traffic Controllers fixed amounts of weekly compensation without regard to the number of hours actually worked during the week.

21.     By reason of the foregoing, Defendant has failed to pay overtime compensation due to Plaintiffs and other Air Traffic Controllers under the FLSA, 29 U.S.C. § 207, for hours worked in excess of 40 hours during a week, and Defendant has thereby violated the overtime provisions of the FLSA, 29 U.S.C. §§ 207 and 215.

WHEREFORE, Plaintiffs pray that this Court enter judgment in favor of Plaintiffs and all other Air Traffic Controllers who consent to participate in this action and against Defendant, and that this Court:

A.    Allow the claim in this Court to proceed as a collective action pursuant to 29 U.S.C. § 216(b) and issue notice to all persons who have worked for Defendant as Air Traffic Controllers at location described above any time during the period April 1, 1996, to present, informing such persons of their rights to participate in this action;

B.    Declare that Plaintiffs and all other Air Traffic Controllers who consent to join in this action are non-exempt from the overtime provisions of the FLSA, 29 U.S.C. § 207, and that Defendant has been and continues to be in violation of said provisions by failing to pay overtime compensation as required by the FLSA to Plaintiffs and all other Air Traffic Controllers who consent to participate in this action for hours worked in excess of 40 during a week;

C.    Order Defendant to account to Plaintiffs and all other Air Traffic Controllers who consent to participate in this action for al hours worked in excess of 40 during any week within the relevant period of limitations;

D.    Award to Plaintiffs and all other Air Traffic Controllers who consent to participate in this action back pay for all hours worked in excess of 40 during any week within the relevant period of limitations in amounts required by the FLSA;

E.    Award to Plaintiffs and all other Air Traffic Controllers who consent to participate in this action liquidated damages in an additional amount equal to back pay for all hours worked in excess of 40 during any week within the relevant period of limitations;

F.    Award to Plaintiffs and all other Air Traffic Controllers who consent to participate in this action such other compensation and benefits to which they may be entitled as a result of the unlawful practices and policies of Defendant;

G.    Enjoin Defendant from failing to pay overtime compensation pursuant to the FLSA, 29 U.S.C. § 207, to Plaintiffs and such other Air Traffic Controllers who consent to participate in this action who are, at the time of judgment, employed by Defendant as Air Traffic Controllers;

H.    Award pre-judgment interest to Plaintiffs and to such other Air Traffic Controllers who consent to participate in this action;

I.    Award to Plaintiffs and to such Air Traffic Controllers who consent to participate in this action their costs of suit;

J.    Award to Plaintiffs and to such other Air Traffic Controllers who consent to participate in this action reasonable attorneys' fees and expenses; and

K.    Grant such other and further relief as this Court deems to be appropriate and just.

## COUNT II

22.    Plaintiffs realleges and incorporate by reference the foregoing paragraphs 1 to 21 of Count 1, and, pleading alternatively and cumulatively, state as follows for their Count II.

23.    Defendant's above-described violations of the FLSA have been willful.

WHEREFORE, Plaintiffs pray that this Court enter judgment in favor of Plaintiffs and all other Air Traffic Controllers who consent to participate in this action and against Defendant, and that this Court:

A.    Allow the claim in this Court to proceed as a collective action pursuant to 29 U.S.C. § 216(b) and issue notice to all persons who have worked for Defendant as Air Traffic Controllers at location described above any time during the period April 1, 1996, to present, informing such persons of their rights to participate in this action;

B.    Declare that Plaintiffs and all other Air Traffic Controllers who consent to join in this action are non-exempt from the overtime provisions of the FLSA, 29 U.S.C. § 207, and that Defendant has been and continues to be in violation of said provisions by failing to pay overtime compensation as required by the FLSA to Plaintiffs and all other Air Traffic Controllers who consent to participate in this action for hours worked in excess of 40 during a week;

C.    Order Defendant to account to Plaintiffs and all other Air Traffic Controllers who consent to participate in this action for al hours worked in excess of 40 during any week within the relevant period of limitations;

D.    Award to Plaintiffs and all other Air Traffic Controllers who consent to participate in this action back pay for all hours worked in excess of 40 during any week within the relevant period of limitations in amounts required by the FLSA;

E.    Award to Plaintiffs and all other Air Traffic Controllers who consent to participate in this action liquidated damages in an additional amount equal to back pay for all hours worked in excess of 40 during any week within the relevant period of limitations;

F.    Award to Plaintiffs and all other Air Traffic Controllers who consent to participate in this action such other compensation and benefits to which they may be entitled as a result of the unlawful practices and policies of Defendant;

G.      Enjoin Defendant from failing to pay overtime compensation pursuant to the FLSA, 29 U.S.C. § 207, to Plaintiffs and such other Air Traffic Controllers who consent to participate in this action who are, at the time of judgment, employed by Defendant as Air Traffic Controllers;

H.      Award pre-judgment interest to Plaintiffs and to such other Air Traffic Controllers who consent to participate in this action;

I.      Award to Plaintiffs and to such Air Traffic Controllers who consent to participate in this action their costs of suit;

J.      Award to Plaintiffs and to such other Air Traffic Controllers who consent to participate in this action reasonable attorneys' fees and expenses; and

K.      Grant such other and further relief as this Court deems to be appropriate and just.

DATED:  August 18, 2009          Respectfully submitted,

                                 **R. REX PARRIS LAW FIRM**

                                          /s/
                                 _____
                                 R. Rex Parris
                                         California State Bar No. 96567
                                         rrparris@rrexparris.com
                                 Alexander R. Wheeler
                                         California State Bar No. 239541
                                         awheeler@rrexparris.com
                                 Jason P. Fowler
                                         California State Bar No. 239426
                                         jfowler@rrexparris.com
                                 42220 10th Street West, Suite 109
                                 Lancaster, California 93534
                                 661-949-2595 (Tel)
                                 661-949-7524 (Fax)
                                 ATTORNEYS FOR PLAINTIFFS

EXHIBIT "A"

**Index to Exhibit "A"**

Exhibit A:1 – Joseph G. Blanco
Exhibit A:2 – Donnesha Brooks
Exhibit A:3 – John E. Burns
Exhibit A:4 – Phillip Delgado
Exhibit A:5 – Dennis A. Hambrick
Exhibit A:6 – Garry L. Iversen
Exhibit A:7 – Steven S. Landon
Exhibit A:8 – Robert A. Long
Exhibit A:9 – Joel Ortiz
Exhibit A:10 – David Schmidt
Exhibit A:11 – Lawrence J. Shinar
Exhibit A:12 – Fritz Sperling
Exhibit A:13 – Michael J. Zagar

## CONSENT TO JOIN COLLECTIVE ACTION
### Pursuant to Fair Labor Standards Act, 29 U.S.C. §216(b)

1. I JOSEPH G BLANCO (name) consent and agree to pursue my claims arising out of uncompensated work time including straight time and overtime as an employee of the Federal Aviation Administration, High Desert TRACON, Edwards Air Force Base, California paid in connection with the above-referenced lawsuit.

2. I have worked as an Air Traffic Control Specialist ("ATCS") from on or about NOV 2005 (month, year) to on or about JUN 2006 (month, year or if still working there, write "present time").

3. I understand that this lawsuit is brought under the Fair Labor Standards Act, as amended, 29 U.S. C. §§ 201-219. I hereby consent, agree and opt-in to become a plaintiff and be bound to any judgment by the Court or any settlement of this action.

4. I designate the R. Rex Parris Law Firm, or such other representatives as they may designate, to represent me for all purposes in this action.

5. If I am not a named plaintiff in this lawsuit, I also designate the collective action representatives as my agents to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, the entering of an agreement with plaintiffs counsel concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, the entering of an agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

(Signature) _Joseph G Blanco_    (Date signed) _5/12/2009_

Address: _28811 FLOWER PARK DR_ Home Phone: _661 251 2467_

_CANYON COUNTRY CA. 91387_ Work Phone: _661 948 0836_

_____ Cell Phone: _____

Email: _CAROLEBLANCO @ ATT.NET_

Return this form to:            Alexander R. Wheeler, Esq.
                                R. REX PARRIS LAW FIRM
                                42220 10th Street West, Suite 109
                                Lancaster, California 93534

A-5

## CONSENT TO JOIN COLLECTIVE ACTION
### Pursuant to Fair Labor Standards Act, 29 U.S.C. §216(b)

1. I _Donnesha Brooks_ (name) consent and agree to pursue my claims arising out of uncompensated work time including straight time and overtime as an employee of the Federal Aviation Administration, High Desert TRACON, Edwards Air Force Base, California paid in connection with the above-referenced lawsuit.

2. I have worked as an Air Traffic Control Specialist ("ATCS") from on or about _June 2007_ (month, year) to on or about _September 2008_ (month, year or if still working there, write "present time").

3. I understand that this lawsuit is brought under the Fair Labor Standards Act, as amended, 29 U.S. C. §§ 201-219. I hereby consent, agree and opt-in to become a plaintiff and be bound to any judgment by the Court or any settlement of this action.

4. I designate the R. Rex Parris Law Firm, or such other representatives as they may designate, to represent me for all purposes in this action.

5. If I am not a named plaintiff in this lawsuit, I also designate the collective action representatives as my agents to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, the entering of an agreement with plaintiffs counsel concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, the entering of an agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

(Signature) _____     (Date signed) _14 Mar 09_

Address: _4001 Moon St NE #3014_     Home Phone: _505 974 5309 0180_

_Albuquerque, NM 87111_     Work Phone: _____

_____     Cell Phone: _661 974 5309_

Email: _dawarren6880@yahoo.com_

Return this form to:          Alexander R. Wheeler, Esq.
                              R. REX PARRIS LAW FIRM
                              42220 10th Street West, Suite 109
                              Lancaster, California 93534

A-5

Exhibit A:2 - Donnesha Brooks

## CONSENT TO JOIN COLLECTIVE ACTION
### Pursuant to Fair Labor Standards Act, 29 U.S.C. §216(b)

1. I _John E Burns_ (name) consent and agree to pursue my claims arising out of uncompensated work time including straight time and overtime as an employee of the Federal Aviation Administration, High Desert TRACON, Edwards Air Force Base, California paid in connection with the above-referenced lawsuit.

2. I have worked as an Air Traffic Control Specialist ("ATCS") from on or about _9/2001_ (month, year) to on or about _12/2004_ (month, year or if still working there, write "present time").

3. I understand that this lawsuit is brought under the Fair Labor Standards Act, as amended, 29 U.S. C. §§ 201-219. I hereby consent, agree and opt-in to become a plaintiff and be bound to any judgment by the Court or any settlement of this action.

4. I designate the R. Rex Parris Law Firm, or such other representatives as they may designate, to represent me for all purposes in this action.

5. If I am not a named plaintiff in this lawsuit, I also designate the collective action representatives as my agents to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, the entering of an agreement with plaintiffs counsel concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, the entering of an agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

(Signature) _John E Burns_          (Date signed) _5-11-09_

Address: _40024 N 2nd WAY_    Home Phone: _623-465 8892_

_Phoenix Az 85086_    Work Phone: _480 488 0281_

Cell Phone: _623 466 2544_

Email: _RANGER XJP MSN. Com_

Return this form to:          Alexander R. Wheeler, Esq.
R. REX PARRIS LAW FIRM
42220 10th Street West, Suite 109
Lancaster, California 93534

A-5

## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| **DAVID WHALEN, GREGORY TURNER,**<br>**Individually and on Behalf of others**<br>**Similarly Situated**<br><br>**Plaintiffs,**<br>**v.**<br><br>**THE UNITED STATES,**<br><br>**Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

No. 07-707C
(Judge Lettow)

### CONSENT TO JOIN COLLECTIVE ACTION
#### Pursuant to Fair Labor Standards Act
#### 29 U.S.C. §216(b)

1.      I consent and agree to pursue my claims arising out of uncompensated work time including straight time and overtime as an employee of the Federal Aviation Administration, High Desert TRACON, Edwards Air Force Base, California paid in connection with the above-referenced lawsuit.

2.      I have worked as an Air Traffic Control Specialist ("ATCS") from on or about *September 2006* (month, year) to on or about *Present Time* (month, year or if still working there, write "present time").

3.      I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S. C. §201, et seq. I hereby consent, agree and opt-in to become a Plaintiff herein and be bound to any judgment by the Court or any settlement of this action.

4.      I hereby designate the R. Rex Parris Law Firm, and/or such other representatives as they may designate, to represent me for all purposes in this action.

5.      If I am not a named Plaintiff in this lawsuit, I also designate the collective action Representative(s) as my agent(s) to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, the entering of an agreement with Plaintiffs' Counsel concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, the entering of an agreement with Plaintiffs' Counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

(Signature) _____

(Date signed) __9 | 9 | 8_____

Exhibit A:4 - Phillip Delgado

## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| **DAVID WHALEN, GREGORY TURNER,** ) | |
| **Individually and on Behalf of others** ) | |
| **Similarly Situated** ) | |
| ) | |
| **Plaintiffs,** ) | |
| v. ) | **No. 07-707C** |
| ) | **(Judge Lettow)** |
| **THE UNITED STATES,** ) | |
| ) | |
| **Defendant.** ) | |

## CONSENT TO JOIN COLLECTIVE ACTION
### Pursuant to Fair Labor Standards Act
### 29 U.S.C. §216(b)

1.      I consent and agree to pursue my claims arising out of uncompensated work time including straight time and overtime as an employee of the Federal Aviation Administration, High Desert TRACON, Edwards Air Force Base, California paid in connection with the above-referenced lawsuit.

2.      I have worked as an Air Traffic Control Specialist ("ATCS") from on or about _August, 1981_ (month, year) to on or about _Present Time_ (month, year or if still working there, write "present time").

3.      I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S. C. §201, et seq. I hereby consent, agree and opt-in to become a Plaintiff herein and be bound to any judgment by the Court or any settlement of this action.

4.      I hereby designate the R. Rex Parris Law Firm, and/or such other representatives as they may designate, to represent me for all purposes in this action.

5.      If I am not a named Plaintiff in this lawsuit, I also designate the collective action Representative(s) as my agent(s) to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, the entering of an agreement with Plaintiffs' Counsel concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, the entering of an agreement with Plaintiffs' Counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

(Signature) _____

(Date signed) _9 - 9 - 2008_

Exhibit A:5 - Dennis A. Hambrick

## CONSENT TO JOIN COLLECTIVE ACTION
### Pursuant to Fair Labor Standards Act, 29 U.S.C. §216(b)

1. I ___GARRY L. IVERSEN___ (name) consent and agree to pursue my claims arising out of uncompensated work time including straight time and overtime as an employee of the Federal Aviation Administration, High Desert TRACON, Edwards Air Force Base, California paid in connection with the above-referenced lawsuit.

2. I have worked as an Air Traffic Control Specialist ("ATCS") from on or about ___March 2003___ (month, year) to on or about ___Nov. 2007___ (month, year or if still working there, write "present time").

3. I understand that this lawsuit is brought under the Fair Labor Standards Act, as amended, 29 U.S.C. §§ 201-219. I hereby consent, agree and opt-in to become a plaintiff and be bound to any judgment by the Court or any settlement of this action.

4. I designate the R. Rex Parris Law Firm, or such other representatives as they may designate, to represent me for all purposes in this action.

5. If I am not a named plaintiff in this lawsuit, I also designate the collective action representatives as my agents to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, the entering of an agreement with plaintiffs counsel concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, the entering of an agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

(Signature) _____     (Date signed) _3-11-09_

Address: _37615 Dalzell St._     Home Phone: _(661) 947-2289_

_Palmdale  CA  93550_     Work Phone: _____

_____     Cell Phone: _(661) 609-9231_

Email: _garryIvy@yahoo.com_

Return this form to:                    Alexander R. Wheeler, Esq.
                                        R. REX PARRIS LAW FIRM
                                        42220 10th Street West, Suite 109
                                        Lancaster, California 93534

A-5

Exhibit A:6 - Garry L. Iversen

## CONSENT TO JOIN COLLECTIVE ACTION
### Pursuant to Fair Labor Standards Act, 29 U.S.C. §216(b)

1. I _Steven S. Landon_ (name) consent and agree to pursue my claims arising out of uncompensated work time including straight time and overtime as an employee of the Federal Aviation Administration, High Desert TRACON, Edwards Air Force Base, California paid in connection with the above-referenced lawsuit.

2. I have worked as an Air Traffic Control Specialist ("ATCS") from on or about _6/1/03_ (month, year) to on or about _2/28/06_ (month, year or if still working there, write "present time").

3. I understand that this lawsuit is brought under the Fair Labor Standards Act, as amended, 29 U.S.C. §§ 201-219. I hereby consent, agree and opt-in to become a plaintiff and be bound to any judgment by the Court or any settlement of this action.

4. I designate the R. Rex Parris Law Firm, or such other representatives as they may designate, to represent me for all purposes in this action.

5. If I am not a named plaintiff in this lawsuit, I also designate the collective action representatives as my agents to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, the entering of an agreement with plaintiffs counsel concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, the entering of an agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

(Signature) _S. S. Landon_    (Date signed) _3/2/09_

Address: _2612 Ryans Pl._    Home Phone: _6619490697_

_Lancaster, CA. 93536_    Work Phone: _____

_____    Cell Phone: _____

Email: _____

Return this form to:

Alexander R. Wheeler, Esq.
R. REX PARRIS LAW FIRM
42220 10th Street West, Suite 109
Lancaster, California 93534

A-5

## CONSENT TO JOIN COLLECTIVE ACTION
### Pursuant to Fair Labor Standards Act, 29 U.S.C. §216(b)

1. I _Robert A. Long_ (name) consent and agree to pursue my claims arising out of uncompensated work time including straight time and overtime as an employee of the Federal Aviation Administration, High Desert TRACON, Edwards Air Force Base, California paid in connection with the above-referenced lawsuit.

2. I have worked as an Air Traffic Control Specialist ("ATCS") from on or about _6/1989_ (month, year) to on or about _Present Time_ (month, year or if still working there, write "present time").

3. I understand that this lawsuit is brought under the Fair Labor Standards Act, as amended, 29 U.S.C. §§ 201-219. I hereby consent, agree and opt-in to become a plaintiff and be bound to any judgment by the Court or any settlement of this action.

4. I designate the R. Rex Parris Law Firm, or such other representatives as they may designate, to represent me for all purposes in this action.

5. If I am not a named plaintiff in this lawsuit, I also designate the collective action representatives as my agents to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, the entering of an agreement with plaintiffs counsel concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, the entering of an agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

(Signature) _Robert A. Long_     (Date signed) _4/29/09_

Address: _6821 W. AE L10_     Home Phone: _661-722-4825_

_LANCASTER CA_     Work Phone: _661-277-3843_

_93536_     Cell Phone: _____

Email: _RLONGLOST@YAHOO.Com_

Return this form to:        Alexander R. Wheeler, Esq.
                            R. REX PARRIS LAW FIRM
                            42220 10th Street West, Suite 109
                            Lancaster, California 93534

A-5

Exhibit A:8 - Robert A. Long

## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| **DAVID WHALEN, GREGORY TURNER,**<br>**Individually and on Behalf of others**<br>**Similarly Situated** | )<br>)<br>)<br>) |
| **Plaintiffs,** | ) |
| **v.** | )<br>) |
| **THE UNITED STATES,** | ) |
| **Defendant.** | )<br>) |

**No. 07-707C**
**(Judge Lettow)**

### CONSENT TO JOIN COLLECTIVE ACTION
**Pursuant to Fair Labor Standards Act**
**29 U.S.C. §216(b)**

1.      I consent and agree to pursue my claims arising out of uncompensated work time including straight time and overtime as an employee of the Federal Aviation Administration, High Desert TRACON, Edwards Air Force Base, California paid in connection with the above-referenced lawsuit.

2.      I have worked as an Air Traffic Control Specialist ("ATCS") from on or about __8/21/2006__ (month, year) to on or about __PRESENT TIME__ (month, year or if still working there, write "present time").

3.      I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S. C. §201, et seq.  I hereby consent, agree and opt-in to become a Plaintiff herein and be bound to any judgment by the Court or any settlement of this action.

4.      I hereby designate the R. Rex Parris Law Firm, and/or such other representatives as they may designate, to represent me for all purposes in this action.

5.      If I am not a named Plaintiff in this lawsuit, I also designate the collective action Representative(s) as my agent(s) to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, the entering of an agreement with Plaintiffs' Counsel concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, the entering of an agreement with Plaintiffs' Counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

(Signature) _____

(Date signed) ___9/9/08_____

## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| **DAVID WHALEN, GREGORY TURNER,** ) | |
| **Individually and on Behalf of others** ) | |
| **Similarly Situated** ) | |
| ) | |
| **Plaintiffs,** ) | |
| **v.** ) | **No. 07-707C** |
| ) | **(Judge Lettow)** |
| **THE UNITED STATES,** ) | |
| ) | |
| **Defendant.** ) | |

## CONSENT TO JOIN COLLECTIVE ACTION
### Pursuant to Fair Labor Standards Act
### 29 U.S.C. §216(b)

1.      I consent and agree to pursue my claims arising out of uncompensated work time including straight time and overtime as an employee of the Federal Aviation Administration, High Desert TRACON, Edwards Air Force Base, California paid in connection with the above-referenced lawsuit.

2.      I have worked as an Air Traffic Control Specialist ("ATCS") from on or about _August, 1998 1997_ (month, year) to on or about _present time_ (month, year or if still working there, write "present time").

3.      I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S. C. §201, et seq.  I hereby consent, agree and opt-in to become a Plaintiff herein and be bound to any judgment by the Court or any settlement of this action.

4.      I hereby designate the R. Rex Parris Law Firm, and/or such other representatives as they may designate, to represent me for all purposes in this action.

5.      If I am not a named Plaintiff in this lawsuit, I also designate the collective action Representative(s) as my agent(s) to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, the entering of an agreement with Plaintiffs' Counsel concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, the entering of an agreement with Plaintiffs' Counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

(Signature) _____

(Date signed) _9/10/2008_____

Exhibit A:10 - David Schmidt

## CONSENT TO JOIN COLLECTIVE ACTION
### Pursuant to Fair Labor Standards Act, 29 U.S.C. §216(b)

1. I ___L. J. SHINAR___ (name) consent and agree to pursue my claims arising out of uncompensated work time including straight time and overtime as an employee of the Federal Aviation Administration, High Desert TRACON, Edwards Air Force Base, California paid in connection with the above-referenced lawsuit.

2. I have worked as an Air Traffic Control Specialist ("ATCS") from on or about ___3/03___ (month, year) to on or about ___5/08___ (month, year or if still working there, write "present time").

3. I understand that this lawsuit is brought under the Fair Labor Standards Act, as amended, 29 U.S.C. §§ 201-219. I hereby consent, agree and opt-in to become a plaintiff and be bound to any judgment by the Court or any settlement of this action.

4. I designate the R. Rex Parris Law Firm, or such other representatives as they may designate, to represent me for all purposes in this action.

5. If I am not a named plaintiff in this lawsuit, I also designate the collective action representatives as my agents to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, the entering of an agreement with plaintiffs counsel concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, the entering of an agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

(Signature) _____  (Date signed) ___5/10/09___

Address: ___41122 CARMEL RD___    Home Phone: ___661 722 5528___

___PALMDALE CA 93551___    Work Phone: ___909 214 5823___

_____    Cell Phone: _____

Email: ___USCLATRY @ ROADRUNNER.COM___

Return this form to:           Alexander R. Wheeler, Esq.
                               R. REX PARRIS LAW FIRM
                               42220 10th Street West, Suite 109
                               Lancaster, California 93534

A-5

Exhibit A:11 - Lawrence J. Shinar

## CONSENT TO JOIN COLLECTIVE ACTION
### Pursuant to Fair Labor Standards Act, 29 U.S.C. §216(b)

1. I _Fritz Sperling_ (name) consent and agree to pursue my claims arising out of uncompensated work time including straight time and overtime as an employee of the Federal Aviation Administration, High Desert TRACON, Edwards Air Force Base, California paid in connection with the above-referenced lawsuit.

2. I have worked as an Air Traffic Control Specialist ("ATCS") from on or about _12)1993_ (month, year) to on or about _PRESENT_ (month, year or if still working there, write "present time").

3. I understand that this lawsuit is brought under the Fair Labor Standards Act, as amended, 29 U.S. C. §§ 201-219. I hereby consent, agree and opt-in to become a plaintiff and be bound to any judgment by the Court or any settlement of this ▬▬▬▬▬▬

4. I designate the R. Rex Parris Law Firm, or such other representatives as they may designate, to represent me for all purposes in this action.

5. If I am not a named plaintiff in this lawsuit, I also designate the collective action representatives as my agents to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, the entering of an agreement with plaintiffs counsel concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, the entering of an agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

(Signature) _Fritz Eric Sperling_    (Date signed) _4/22/09_

Address: _2605 Brentwood Dr_    Home Phone: _661-949-2314_

_Lancaster, Ca 93536_    Work Phone: _661-258-6300_

_____    Cell Phone:_____

Email: _Fritzy385@msn.com_

Return this form to:          Alexander R. Wheeler, Esq.
                              R. REX PARRIS LAW FIRM
                              42220 10th Street West, Suite 109
                              Lancaster, California 93534

A-5

Exhibit A:12 - Fritz Sperling

## CONSENT TO JOIN COLLECTIVE ACTION
### Pursuant to Fair Labor Standards Act, 29 U.S.C. §216(b)

1. I _Michael J. Zagar_ (name) consent and agree to pursue my claims arising out of uncompensated work time including straight time and overtime as an employee of the Federal Aviation Administration, High Desert TRACON, Edwards Air Force Base, California paid in connection with the above-referenced lawsuit.

2. I have worked as an Air Traffic Control Specialist ("ATCS") from on or about ___11/2007___ (month, year) to on or about ___4/2008___ (month, year or if still working there, write "present time").

3. I understand that this lawsuit is brought under the Fair Labor Standards Act, as amended, 29 U.S. C. §§ 201-219. I hereby consent, agree and opt-in to become a plaintiff and be bound to any judgment by the Court or any settlement of this action.

4. I designate the R. Rex Parris Law Firm, or such other representatives as they may designate, to represent me for all purposes in this action.

5. If I am not a named plaintiff in this lawsuit, I also designate the collective action representatives as my agents to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, the entering of an agreement with plaintiffs counsel concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, the entering of an agreement with plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

(Signature) _Michael J. Zagar_       (Date signed) _5/11/09_

Address: _43433 25th St. West_       Home Phone: _661-942-4501_

_Lancaster, CA 93536_       Work Phone:_____

_____       Cell Phone:_____

Email: _dotnmike @ verizon.net_

Return this form to:

Alexander R. Wheeler, Esq.
R. REX PARRIS LAW FIRM
42220 10th Street West, Suite 109
Lancaster, California 93534

A-5

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 18th day of August, 2009, a true and correct copy of this Amended Complaint was served by Notice of Electronic Filing on known filing users or by certified mail, return receipt requested, on unknown filing users addressed as follows:

William P. Rayel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
    8th Floor
1100 L. Street, N.W.
Washington, DC  20530

Eden Brown Gaines
Michael Doherty
Julia Rhodes
Federal Aviation Administration
Office of Chief Counsel, AGC-30
600 Independence Avenue, SW
Suite 1E-100
Washington, DC 20591

/s/
_____
R. Rex Parris
Alexander R. Wheeler
Jason P. Fowler